AO 91 (Rev. 11/11)  Criminal Complaint

Eastern District of Kentucky
FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

MAR 07 2022

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| United States of America<br>v.<br>Tommy D. Short<br><br>*Defendant(s)* | Case No. 7:22-MJ-14-EBA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/10/21 through 2/22/22__ in the county of __Knott__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841(a)(1) | Knowingly or intentionally distributing a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substances, in violation of Title 21 U.S.C. § 841(a)(1).<br><br>(On or about the following dates:  June 10, 2021; June 24, 2021; July 20, 2021; August 11, 2021; December 16, 2021; and February 22, 2022) |

This criminal complaint is based on these facts:

See the Affidavit of ATF Senior Special Agent Jeffrey S. Baker, attached hereto.

☑ Continued on the attached sheet.

_Jeff Baker, by EBA with permission_
Complainant's signature

Jeffrey S. Baker, Senior Special Agent; ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __3/4/2022__

_EBA_
*Judge's signature*

City and state:  __Pikeville, KY__   Edward B. Atkins, U.S. Magistrate Judge
*Printed name and title*